UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lisa M. Brady,

    Plaintiff,

          v.                                  Case No. 1:20cv910

Davita, Inc.,                            Judge Michael R. Barrett

    Defendant.

### ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on July 19, 2021 (Doc. 18).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 18) have been filed. Accordingly, it is **ORDERED** that the R&R (Doc. 18) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Defendant DaVita's Partial Motion to Dismiss Plaintiff's Title VII claims with prejudice (Doc. 10) is **GRANTED.** Plaintiff's Title VII claims are dismissed as untimely and this case will proceed on Plaintiff's remaining claims under 42 U.S.C. § 1981 and state law.

    **IT IS SO ORDERED.**

                                                          /s Michael R. Barrett
                                                          Michael R. Barrett, Judge
                                                          United States District Court