# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: February 06, 2023

Mr. William D. Bell Sr.  
2368 Victory Parkway  
Suite 110  
Cincinnati, OH 45206

Ms. Caroline M. DiMauro  
Jackson Lewis  
201 E. Fifth Street  
26th Floor  
Cincinnati, OH 45202

Re: Case No. 22-3905, *Lisa Brady v. Davita, Inc.*  
Originating Case No. : 1:20-cv-00910

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel  
Mediation Administrator

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 22-3905

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

LISA M. BRADY

    Plaintiff - Appellant

v.

DAVITA, INC.

    Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 06, 2023