**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LISA M. BRADY | * | Case No. 1:20-cv-00910 |
| | * | |
| Plaintiff, | * | |
| | * | Judge Barrett |
| -v- | * | Magistrate Judge Bowman |
| | * | |
| DAVITA INCORPORATED, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

### DEFENDANT'S NOTICE OF WITHDRAWAL OF BILL OF COSTS

By agreement of the parties, Defendant DaVita Incorporated, by and through counsel, hereby withdraws its Bill of Costs filed on November 14, 2022. (*See* Doc. 49)

        Respectfully submitted,

        */s/ Adair M. Smith*
        Adair M. Smith (0095790)
        Jackson Lewis P.C.
        201 E. Fifth Street, 26th Floor
        Cincinnati, Ohio 45202
        Telephone: (513) 898-0050
        Facsimile: (513) 898-0051
        Email: adair.smith@jacksonlewis.com

        *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that a true and accurate copy of the foregoing was filed with the Court via the Court's CM/ECF filing system and that such system will send electronic notice of the filing to the following on this 8th day of March, 2023:

William D. Bell, Sr.
2368 Victory Parkway, Suite 110
Cincinnati, Ohio 45206
513-241-2355
williamdbellsratty@fuse.net

          */s/ Adair M. Smith*
          Adair M. Smith

4889-3825-8517, v. 1